**Order entered October 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01286-CV

### IN RE JAY COOPER, Relator

**Original Proceeding from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02636-2018**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Before the Court is relator's October 25, 2018 petition for writ of mandamus. On the Court's own motion, we **STAY** the trial court's October 19, 2018 judgment and **STAY** all efforts to enforce that judgment. TEX. R. APP. P. 52.10(b). This stay shall remain in effect until further order of the Court. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by November 2, 2018**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE